

# Fourth Court of Appeals
## San Antonio, Texas

March 16, 2022

No. 04-21-00555-CV

Richard L. **FLEMING** III,
Appellant

v.

**NASA FEDERAL CREDIT UNION**,
Appellee

From the County Court, Guadalupe County, Texas
Trial Court No. 2020CV0167
Honorable Bill Squires, Judge Presiding

# O R D E R

On March 8, 2022, we struck Appellant's brief for failing to comply with requirements of the Texas Rules of Appellate Procedure. *See, e.g.*, TEX. R. APP. P. 38.1. We ordered Appellant to file an amended brief that fully complied with the applicable rules. *See id.* R. 9.4, 9.5, 38.1.

Appellant timely filed an amended brief, but it does not fully comply with the applicable rules. For example, the statement of facts and argument sections cite to the brief's appendix rather than the clerk's record and the statement of facts contains argument. Given the citation and other defects, the amended brief does not include Rule-compliant versions of the Statement of Facts or Argument. *See id.* R. 9.4, 38.1.

We recognize Appellant is representing himself on appeal. But "a pro se litigant is held to the same standards as licensed attorneys and must comply with applicable laws and rules of procedure." *Strange v. Cont'l Cas. Co.*, 126 S.W.3d 676, 677 (Tex. App.—Dallas 2004, pet. denied).

Nevertheless, despite the amended brief's defects, we are not ordering Appellant to file a second amended brief. However, the submission panel may determine that Appellant has waived one or more issues due to inadequate briefing if the noted deficiencies are not corrected prior to submission. *See Canton-Carter v. Baylor Coll. of Med.*, 271 S.W.3d 928, 931 (Tex. App.— Houston [14th Dist.] 2008, no pet.) (briefing waiver).

Appellee's brief is due on March 30, 2022. *See* TEX. R. APP. P. 38.6(b).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of March, 2022.

MICHAEL A. CRUZ, Clerk of Court